TOMAS C. LEON
(CA SBN 321117)
tommie@leon.law
(909) 616-5969
LEON LAW, LLP
1145 W. 55th Street
Los Angeles, CA 90037
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>PANDEY GROUP INC. d/b/a LOTUS GLASS, BHAWANI PANDEY, and RAJESH PANDEY,<br><br>            Defendant. | No. 2:24-cv-08580-PA-MAA<br><br>**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS**<br><br>Date: March 12, 2025<br><br>Time: 10:00 a.m.<br><br>Courtroom: 255 E. Temple St., Courtroom 880, 8th Floor, Los Angeles, CA 90012 |

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), the Plaintiff, GS HOLISTIC, LLC, will and hereby does move on the above-mentioned date for entry of Default Judgment in the amount of $701,874.50, and a permanent injunction in the form described in the concurrently-submitted proposed judgment against Defendants, PANDEY GROUP INC. d/b/a LOTUS GLASS, BHAWANI PANDEY, and RAJESH PANDEY. The Clerk entered a Default against the Defendant, PANDEY GROUP INC. d/b/a LOTUS GLASS, on December 12, 2024.  [DE 18].  The Clerk entered a Default against the Defendants, BHAWANI PANDEY, and RAJESH PANDEY, on January 7, 2025. [DE 23].

Plaintiff makes this motion on the following grounds:

1. Defendants are not infants or incompetent persons or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940.

2. Plaintiff effected service of the Summons and Complaint on Defendants, PANDEY GROUP INC. d/b/a LOTUS GLASS, on November 19, 2024, and BHAWANI PANDEY and RAJESH PANDEY, on December 3, 2024. [DE 13, 14, 15].

3. Defendants have not appeared in this action.

4. The clerk entered defaults against Defendant, PANDEY GROUP INC. d/b/a LOTUS GLASS, on December 12, 2024, and against Defendants BHAWANI PANDEY, and RAJESH PANDEY, on January 7, 2025. [DE 18, 23].

5. Plaintiff is entitled to judgment against Defendants on the Complaint for (1) trademark infringement under 15 U.S.C. § 1114; (2) federal unfair competition, false designation of origin, and false advertising under 15 U.S.C. § 1125.

6. Plaintiff seeks judgment in the amount of $701,874.50, which consist of Statutory Damages of $700,000.00, and Costs in the amount of $1,874.50.

7. Plaintiff also seeks an injunction preventing Defendants and their officers, agents, employees or all others acting in concert with them from engaging in further infringement of Plaintiff's trademarks, as more fully described in the concurrently-submitted proposed judgment.

This motion is based upon this Notice, the attached Memorandum of Points

and Authorities, the concurrently-filed declarations of Chris Folkerts and Tomas Leon, the pleadings and files in this action, and such evidence and argument as may be presented at the hearing of this motion.

PLEASE TAKE FURTHER NOTICE that if you wish to oppose this Motion, you must file a written response with the court no less than twenty-one (21) days prior to the above hearing date.

Respectfully submitted,

Date: 2/ 6/ 2025

　　　　　　　　　　　　　　　　　　/s/ Tomas Carlos Leon
　　　　　　　　　　　　　　　　　　Tomas Carlos Leon
　　　　　　　　　　　　　　　　　　CA Bar #321117
　　　　　　　　　　　　　　　　　　Leon Law LLP
　　　　　　　　　　　　　　　　　　1145 W. 55th Street
　　　　　　　　　　　　　　　　　　Los Angeles, California 90037
　　　　　　　　　　　　　　　　　　tommie@leon.law
　　　　　　　　　　　　　　　　　　*Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 7, 2025, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel

3

of record and was mailed via Certified USPS, to the Defendant, PANDEY GROUP INC. d/b/a LOTUS GLASS at 1145 Washington Ave, Apt. 5, Albany, CA 94706, the Defendant, BHAWANI PANDEY at 336 E 3rd St, Los Angeles, CA 90013 , and the Defendant, RAJESH PANDEY at 336 E 3rd St, Los Angeles, CA 90013.

/s/ *Tomas Carlos Leon.*
Tomas Carlos Leon