JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, | CV 24-8580 PA (MAAx) |
| Plaintiff, | JUDGMENT |
| v. | |
| PANDEY GROUP INC., et al. | |
| Defendants. | |

Pursuant to this Court's March 11, 2025 Minute Order granting the Motion for Default Judgment filed by plaintiff GS Holistic, LLC ("Plaintiff") against defendants Pandey Group, Inc. d/b/a Lotus Glass, Bhawani Pandey, and Rajesh Pandey ("Defendants"), it is hereby ORDERED, ADJUDGED, AND DECREED:

1. Plaintiff shall have judgment in its favor and against Defendants;

2. Plaintiff shall recover from Defendant the amount of $15,597.00 (consisting of $14,000.00 in statutory damages and $1,597.00 in costs). Plaintiff is also entitled to post-judgment interest at the statutory rate pursuant to 28 U.S.C. § 1961 from the date of this Judgment until paid.

DATED: March 11, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE