|   |   |
|---|---|
| 1 | TOMAS C. LEON |
| 2 | (CA SBN 321117) |
|   | tommie@leon.law |
| 3 | (909) 616-5969 |
| 4 | LEON LAW, LLP |
|   | 1145 W. 55th Street |
| 5 | Los Angeles, CA 90037 |
| 6 | Attorney for Plaintiff |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GS HOLISTIC, LLC, | No. 2:24-cv-08580-PA-MAA |
|---|---|
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| PANDEY GROUP INC d/b/a LOTUS GLASS, THREE N'S DEEP INC. d/b/a LOTUS GLASS, BHAWANI PANDEY, and RAJESH PANDEY, | |
| Defendants, | |

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, hereby certifies that on March 11, 2025, the Memorandum of Law in Support of Plaintiff's Motion for Default Final Judgment Against all Defendants [DE 29] was mailed to PANDEY GROUP INC. d/b/a LOTUS GLASS at 1145 Washington Ave, Apt. 5, Albany, CA 94706, the Defendant, BHAWANI PANDEY at 336 E 3rd St, Los Angeles, CA 90013 , and the Defendant, RAJESH PANDEY at 336 E 3rd St, Los Angeles, CA 90013.

/s/ *Tomas Carlos Leon*
Tomas Carlos Leon
CA Bar #321117
Leon Law LLP
1145 W. 55th Street
Los Angeles, California 90037
tommie@leon.law
*Attorney for the Plaintiff*

1